**Henry W. SKINNER, Plaintiff–Appellant,**

v.

**Lynn SWITZER, District Attorney for the 31st Judicial District of Texas, Defendant–Appellee.**

No. 10–70002.

United States Court of Appeals, Fifth Circuit.

May 18, 2011.

Robert Charles Owen, Esq., Owen & Rountree, L.L.P., Austin, TX, Douglas George Robinson, Skadden, Arps, Slate, Meagher & Flom, L.L.P., Washington, DC, for Plaintiff–Appellant.

Mark D. White, Sprouse Shrader Smith, P.C., Amarillo, TX, for Defendant–Appellee.

Before SMITH, DENNIS, and OWEN, Circuit Judges.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

PER CURIAM: *

The Supreme Court reversed and remanded this court's affirmance of the district court's dismissal. *Skinner v. Switzer,* —— U.S. ——, 131 S.Ct. 1289, 179 L.Ed.2d 233 (2011). We VACATE and REMAND the judgment of the district court for further proceedings in accordance with the

---

Supreme Court's directive. We express no view on what decisions the district court should make on remand.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under